UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA KARIM,

                         Plaintiff,

          -v-

KCOSERA, INC.,

                         Defendant.

CIVIL ACTION NO.: 24 Civ. 3249 (PAE) (SLC)

**ORDER TO INITIATE DEFAULT
PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

The Complaint in this action was served on May 13, 2024, with Defendant's Answer due on June 3, 2024.  (ECF No. 6).  No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Thursday, June 20, 2024** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Paul A. Engelmayer, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Monday, July 8, 2024.**

Dated:        New York, New York
              June 13, 2024

                                             SO ORDERED.

                                             _____
                                             SARAH L. CAVE
                                             **United States Magistrate Judge**