UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA KARIM,

        Plaintiff,

-v-

KCOSERA, INC.,

        Defendant.

CIVIL ACTION NO.: 24 Civ. 3249 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

In light of the Honorable Paul A. Engelmayer's Order at ECF No. 10, the undersigned's Order at ECF No. 9 is VACATED.

Dated:    New York, New York
           June 21, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**